UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DOUGLAS CORNELL JACKSON,

    Plaintiff,

v.

Case No. 2:18-cv-16

HONORABLE PAUL L. MALONEY

TODD BASTIAN,

    Defendant.

_____/

## **JUDGMENT**

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered in favor of Defendant and against Plaintiff.


Dated: March 5, 2019                                      /s/ Paul L. Maloney
                                                                        Paul L. Maloney
                                                                        United States District Judge